**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JESSICA ROSE HANSELMANN d/b/a STUDIO
JESSICA ROSE,

      Case No.: 1:25-cv-12063

    Plaintiff,

      Judge Andrea R. Wood

v.

      Magistrate Judge Albert Berry, III

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 8 | fujiejie |
| 9 | Ming Hu Shops |
| 10 | Dstro |
| 11 | Oloho |
| 15 | MAOXINBAIHUO |
| 16 | ptinttop |
| 18 | ANBCLUB |
| 19 | xinsisimaoyi |
| 20 | zhanweisen |
| 21 | zheng li ying |
| 22 | xiangyangshijiuzhanyou |
| 23 | xiaxiagongsi |
| 27 | CIDNY SHOP |
| 29 | KawaiiSticky |

DATED:  December 5, 2025            Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 5, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt
